UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| | | Crim. No. 10-576 |
| v. | : | |
| | | CONTINUANCE ORDER |
| ROLAND ASEMOTA | : | |

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by Joseph Mack, Assistant U.S. Attorney),
and defendant Roland Asemota (by Olubukola O. Adetula, Esq.) for
an order granting a continuance of the proceedings in the above-
captioned matter, and the defendant being aware that he has a
right to have the matter brought to trial within 70 days of the
date of his appearance before a judicial officer of this court
pursuant to Title 18 of the United States Code, Section
3161(c)(1), and as the defendant has consented to an additional
continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

1. Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2.   Defendant has consented to the aforementioned continuance; and

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___1st___ day of ~~December 2010~~ *March, 2011*,

IT IS ORDERED that proceedings in the above-captioned matter are continued  for sixty (60) days from March 10, 2011 through May 10, 2011; and

IT IS ORDERED that the period from March 10, 2011 through May 10, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

_____
Olubuola O. Adetula, Esq.
Counsel for Roland Asemota