UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| | | Crim. No. 10-576 |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| ROLAND ASEMOTA | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Joseph Mack, Assistant U.S. Attorney), and defendant Roland Asemota (by Olubukola O. Adetula, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this \_\_11 Th\_\_ day of July 2011,

IT IS ORDERED that proceedings in the above-captioned matter are continued from July 12, 2011 through October 16, 2011;

IT IS FURTHER ORDERED that trial in this matter shall commence on October 17, 2011 at 9:30 a.m.; and

IT IS ORDERED that the period from July 12, 2011 through October 16, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

_____
Olubukola O. Adetula, Esq.
Counsel for Roland Asemota

7/1/2011